# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MASOOMEH DJODEIR,  )
3407 Remington Street  )
Springdale, AR 72764  )
  )
SAMIRA SADOUGHI  )
3407 Remington Street  )
Springdale, AR 72764  )
  )
          Plaintiffs,  )
  )
   v.  )
  )
JONATHAN SCHARFEN, Acting  )
Director of the United States  )
Citizenship and Immigration Services,  )
20 Massachusetts Avenue, N.W.  )
Washington, DC 20529  )
  )
  )
MICHAEL CHERTOFF, Secretary  )
U.S. Department of Homeland  )
Security  )
425 Murray Drive, Building 410  )
Washington, DC 20528  )
          Defendants.  )
  )
  )
  )

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs, through local counsel, hereby move this Court to permit Amy Prokop, Esq. to appear *pro hac vice* on their behalf in the instant case pursuant to LCvR § 83.2(d). In support of this motion, a declaration by Amy Prokop is attached.

Respectfully submitted,

_____
Thomas K. Ragland
(D.C. Bar No. 501021)

Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202)483-6801

Dated: August 21, 2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MASOOMEH DJODEIR, )
3407 Remington Street )
Springdale, AR 72764 )
)
SAMIRA SADOUGHI )
3407 Remington Street )
Springdale, AR 72764 )
)
              Plaintiffs, )
)
    v. )
)
JONATHAN SCHARFEN, Acting )
Director of the United States )
Citizenship and Immigration Services, )
20 Massachusetts Avenue, N.W. )
Washington, DC 20529 )
)
)
MICHAEL CHERTOFF, Secretary )
U.S. Department of Homeland )
Security )
425 Murray Drive, Building 410 )
Washington, DC 20528 )
)
              Defendants. )
)
)
)

**FILED**

AUG 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

**08 1461**

**DECLARATION OF AMY PROKOP IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Amy C. Prokop, make the following declaration Pursuant to LCvR § 83.2(d):

1. My full name is Amy Carole Prokop, and I am an attorney at The Law Offices of Carl Shusterman. My business address is 600 Wilshire Blvd, Ste. 1550, Los Angeles, California 90017. My business telephone number is (213) 623-4592.

2. I am a member in good standing of Bar for the State of California, and am also admitted to practice before the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, and the United States District Court for the District of Nebraska. My state bar license number is 227717. I have not been disciplined by any bar.

3. Within the last two years, I have filed three motions to be admitted *pro hac vice* in the District Court for the District of Columbia. These motions were filed and granted in the matters of Patel et al. v. Gonzalez et al CV08-00180 (RBW), Mansour et al. v. Gonzalez et al CV 08-0036 (RCL), and Chandrasekharan v. Gonzalez et al CV 08-00441 (RMU).

Respectfully submitted,

/s/ Amy C. Prokop

Dated: August 11, 2008

Amy C. Prokop
CA Bar No. 227717
The Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
Tel. (213) 623-4592
Fax (213) 623-3720